IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY GREENE,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.,

    Defendant.

No. C 13-02774 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE**

    The Court must **DENY** plaintiff's request to attend the case management conference by telephone as the courtroom equipment does not make it feasible to conduct hearings via same. All parties must personally attend the case management conference.

    **IT IS SO ORDERED.**

Dated: August 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE