IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY GREENE, an individual, | No. C 13-02774 WHA |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., ETS SERVICES, LLC, a corporation, and DOES 1–10, inclusive, | |
| Defendants. | |

For the reasons stated in the order granting defendants' motion to dismiss plaintiff's complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

**THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: September 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE